UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.G.O.,<br><br>   *Petitioner,*<br><br>v.<br><br>LaDeon FRANCIS, *et al.*,<br><br>   *Respondents.* | Case No. 1:25-cv-07233 |

**NOTICE OF PETITIONER'S UNOPPOSED MOTION FOR LEAVE
TO PROCEED USING INITIALS ONLY**

  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2, Petitioner moves this Court for leave to proceed using only his initials. In support of this motion, Petitioner files his Memorandum of Law in Support of Unopposed Motion for Leave to Proceed Using Initials Only, as well as a proposed order.

Dated: August 29, 2025
New York, NY

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 3.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 2, 2025

Respectfully submitted,

/s/ Natalie Maust
Natalie Maust
Sayoni Maitra
THE LEGAL AID SOCIETY
Immigration Law Unit
49 Thomas St., 5th Floor
New York, NY 10013
T: 646-988-0809
nmaust@legal-aid.org

*Counsel for Petitioner*

1