

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 13, 2025

**Via ECF**

Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *J.G.O. v. Francis et al.*, 25 Civ. 7233 (AS)

Dear Judge Subramanian:

    This Office represents Respondents (the "Government") in the above-captioned habeas proceeding brought by Petitioner J.G.O. ("Petitioner"). The Government moves to seal the exhibits annexed to its opposition to Petitioner's habeas petition (Dkt. Nos. 12-1 to 12-14) as well as the exhibit annexed to the letter it filed on October 10, 2025 (Dkt. No. 16-1).

    Under Federal Rule of Civil Procedure 5.2(c), access to documents filed on ECF in an immigration case is restricted to the parties and their attorneys, unless a court orders otherwise. See Fed. R. Civ. P. 5.2(c) (noting that restrictions on electronic access apply to, *inter alia*, immigration detention cases). The rule allows the general public to access the case documents at a courthouse terminal, but not remotely. Rule 5.2(b)(5) also exempts immigration cases from the redaction requirements applicable to most civil filings. This Court, however, has granted Petitioner's request to proceed by initials only. Dkt. Nos. 6, 9. And, earlier this evening, Petitioner's counsel contacted the undersigned expressing concern that Petitioner's name and alien number were not redacted in the above-referenced exhibits filed by the Government. Accordingly, the Government requests that the Court seal the above referenced filings.[1] At the Court's request, the Government will file redacted versions of the relevant exhibits within 72 hours.

    The Government thanks the Court for its attention to this matter.

<table>
<tr><td>

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

*/signature/*

Arun Subramanian, U.S.D.J.
Date: October 14, 2025

</td><td>

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Mark Osmond
     MARK OSMOND
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (212) 637-2713
     E-mail: mark.osmond@usdoj.gov

</td></tr>
</table>

---

[1] This evening, the undersigned has also contacted the Court's ECF Help Desk and requested temporary sealing of the exhibits at issue until the Court rules on the Government's request to seal.