UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.G.O.,<br><br>                              Plaintiff(s),<br><br>              -against-<br><br> LaDeon Francis, et al.,<br><br>                            Defendant(s). | 25-CV-7233 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

> Pursuant to the Court's instruction at the hearing on October 14, 2025, the Court sets the following briefing schedule for the parties to address the issues discussed at the hearing: The government's brief is due on **October 17, 2025**; the petitioner's response is due **October 21, 2025**; and any reply from the government is due **October 23, 2025**.

> SO ORDERED.

Dated: October 15, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge