UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.G.O,<br><br>                    Petitioner,<br><br>      -against-<br><br>LaDeon Francis, et al.,<br><br>                    Defendants. | 25-CV-7233 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a hearing on the habeas petition on **October 24, 2025 at 1:00 PM** in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                               ARUN SUBRAMANIAN
                                                           United States District Judge