UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.G.O.,<br><br>        Petitioner,<br><br>  -against-<br><br>LaDeon Francis et al.,<br><br>        Respondents. | 25-CV-7233 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Respondents argue that the claims in the current petition are "moot." While petitioner disagrees, and the Court expresses no views on the validity of respondents' argument, no one disputes that the alleged "mootness" issue could be resolved by a simple amendment to the petition to reflect the changed factual circumstances concerning the reasons for petitioner's continued detention. Petitioner is therefore given leave to amend his petition under Fed. R. Civ. P. 15(a)(2). The Court invites petitioner to file his amended petition today (and by 5 pm ET if possible) given the exigencies of this case raised by petitioner's counsel at the October 13, 2025, hearing.

  SO ORDERED.

Dated: October 23, 2025
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge