UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.G.O.,

                Petitioner,

       -against-

LaDeon Francis, et al.,

                Respondents.

25-CV-7233 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    As stated on the record at the October 24, 2025 hearing, the petition for habeas corpus relief is **GRANTED** and J.G.O. is **ORDERED** to be immediately released from detention in accordance with the terms of bond imposed by the Immigration Judge.

    Respondents should inform the Court no later than **October 27, 2025 at 5:00 pm ET** to confirm J.G.O.'s release.

    A written opinion explaining the Court's reasoning will follow.

SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                             ARUN SUBRAMANIAN
                                             United States District Judge