UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.G.O.,

               Petitioner,

    -against-

LaDeon Francis et al.,

              Respondents.

25-cv-7233 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: January 21, 2026
       New York, New York

                                         ARUN SUBRAMANIAN
                                         United States District Judge